1  MELINDA L. HAAG
2  United States Attorney
   LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
4  Social Security Administration
   BRENDA M. PULLIN, SBN CO 35181
5  Special Assistant United States Attorney
6
7      333 Market Street, Suite 1500
       San Francisco, California 94105
8      Telephone: (415) 977-8975
9      Facsimile: (415) 744-0134
       E-Mail: brenda.pullin@ssa.gov
10
11 Attorneys for Defendant
12
13                  UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
16
17 JEFFERY PATTERSON,            ) CIVIL NO.  11-0925-EDL
                                 )
18    Plaintiff,                 ) **STIPULATION AND** ~~**PROPOSED**~~
                                 ) **ORDER FOR EXTENSION OF**
19                               ) **TIME TO FILE ANSWER AND**
      v.                         ) **ADMINISTRATIVE RECORD**
20                               )
21 MICHAEL J. ASTRUE,            )
   Commissioner of Social Security, )
22                               )
23    Defendant.                 )
                                 )
24 ─────────────────────────────

25     The parties hereby stipulate through counsel, with the Court's approval as
26 indicated by issuance of the attached Order, that Defendant shall have a first
27 extension of time of 30 days to file his Answer and the Administrative Record, due
28 to an unexpected delay in obtaining a transcript of Plaintiff's administrative

1  hearing.  Defendant's current answer deadline is June 27, 2011, and the new
2  deadline will be July 26, 2011.  The Court's Scheduling Order shall be modified
3  accordingly.

5                                 Respectfully submitted,

Date: June 24, 2011         LAW OFFICES OF TOM WEATHERED

                          By:   */s/ Tom Weathered*\*
                                 \* *By email authorization on June 24, 2011*
                                 Attorney for Plaintiff

                                 MELINDA L. HAAG
                                 United States Attorney

Dated: June 24, 2011        By: */s/ Brenda M. Pullin*
                                 BRENDA M. PULLIN
                                 Special Assistant United States Attorney

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

July 8, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

...