| | |
|---|---|
| 1 | MELINDA L. HAAG, SBN CA 132612<br>United States Attorney |
| 2 | DONNA L. CALVERT, SBN IL 6191786<br>Acting Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>LEO R. MONTENEGRO SBN NY 2616118 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market St, Ste 1500<br>San Francisco, CA 94105 |
| 6 | Telephone: (415) 977-8943<br>Fax: (415) 744-0134 |
| 7 | E-mail: Leo.R.Montenegro@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFFREY PATTERSON,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　CIVIL NO. 11-00925 EDL
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　STIPULATION AND ~~PROPOSED~~ ORDER FOR
　　　　v.　　　　　　　　　　　　　)　REMAND PURSUANT TO SENTENCE FOUR
　　　　　　　　　　　　　　　　　　)　OF 42 U.S.C. § 405(g)
MICHAEL J. ASTRUE,　　　　　　　　)
Commissioner of　　　　　　　　　　)
Social Security,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)
_____)

It is hereby stipulated, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), sentence four.

Upon remand, an Administrative Law Judge will be directed to offer Plaintiff the opportunity for another hearing. Plaintiff is to be properly informed of his rights and options in connection with the hearing, in accordance with the regulations and HALLEX. The evidence should be updated, and a new decision should be issued.

STIPULATION FOR REMAND
C 11-00925-EDL                                    1

1  The parties further request that the Clerk of the Court be directed to enter a final
2  judgment in favor of Plaintiff and against Defendant, Michael J. Astrue, Commissioner of Social
3  Security, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: 10/19/11

/s/ Tom F. Weathered
(As authorized via e-mail)
TOM F. WEATHERED
Attorney for Plaintiff

DATE: 10/25/11

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

By:   /s/ Leo R. Montenegro
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

~~PROPOSED~~ ORDER

Approved and so ordered.

DATED: October 26, 2011

*Elizabeth D. Laporte* (signature)
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR REMAND
C 11-00925-EDL                                    2