1  MELINDA L. HAAG, SBN CA 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
   LEO R. MONTENEGRO, SBN NY 2616118
4  Special Assistant United States Attorney

5      333 Market St, Ste 1500
       San Francisco, CA 94105
6      Telephone: (415) 977-8943
       Fax: (415) 744-0134
7      E-mail: Leo.R.Montenegro@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 JEFFREY PATTERSON,              )
                                   )   CIVIL NO. 11-00925 EDL
13          Plaintiff,             )
                                   )   STIPULATION AND ~~PROPOSED~~ ORDER
14     v.                          )   AWARDING ATTORNEY FEES UNDER THE
                                   )   EQUAL ACCESS TO JUSTICE ACT,
15 MICHAEL J. ASTRUE,              )   28 U.S.C. § 2412(d)
   Commissioner of                 )
16 Social Security,                )
                                   )
17          Defendant.             )
   _____)

18

19         IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject

20 to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

21 Justice Act in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND NO

22 CENTS ($2,500.00).  This amount represents compensation for all legal services rendered on

23 behalf of Plaintiff by counsel in connection with this civil action for services performed before

24 the district court in accordance with 28 U.S.C. § 2412(d).

25         After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

26 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

27 attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to honor the assignment

28

STIP FOR EAJA ATTY FEES
C 11-00925-EDL                         1

1   will depend on whether the fees and expenses are subject to any offset allowed under the United

2   States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses

3   is entered, the government will determine whether they are subject to any offset.  Fees and

4   expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines

5   that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,

6   expenses and costs to be made directly to Tom Weathered, pursuant to the assignment executed

7   by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

8        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

9   attorney fees and does not constitute an admission of liability on the part of Defendant under the

10   EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from

11   and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to

12   attorneys fees and costs incurred in this action under EAJA.

13        The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's

14   counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject

15   to the offset provisions of the law.

16

17                                          Respectfully submitted,

18

19   DATE:  12/1/11                          /s/ Tom F. Weathered
                                             (As authorized via e-mail)
20                                           TOM F. WEATHERED
                                             Attorney for Plaintiff

21

22   DATE:  1/12/12                          MELINDA L. HAAG
                                             United States Attorney
23                                           DONNA L. CALVERT
                                             Acting Regional Chief Counsel, Region IX

24                                   By:     /s/ Leo R. Montenegro
                                             LEO R. MONTENEGRO
25                                           Special Assistant U.S. Attorney

26                                           Attorneys for Defendant

27

28

STIP FOR EAJA ATTY FEES
C 11-00925-EDL                    2

~~PROPOSED~~ ORDER

Approved and so ordered.

DATED: _January 10, 2012_____

ELIZA...
UNI...

IT IS SO ORDERED

Judge Elizabeth D. Laporte

...JUDGE

STIP FOR EAJA ATTY FEES
C 11-00925-EDL                     3